IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 04-327 |
| | ) |
| ANTHONY N. JACKSON | ) |
| JAMAL S. WILLIAMS | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, to-wit, this 1st day of ~~May~~ Aug, 2006, upon consideration of Defendant Jackson's Motion for Leave to File Document Under Seal, it is hereby ORDERED, ADJUDGED and DECREED that the said Motion is GRANTED.

IT IS FURTHER ORDERED that the foregoing Motion and the Order thereon, shall be SEALED until further Order of Court, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006(A), *et seq*.

BY THE COURT:

_____
Gary L. Lancaster
UNITED STATES DISTRICT JUDGE