IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 04-3? **FILED**

ANTHONY N. JACKSON

MAR 11 2009

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOVANT'S BELATED MOTION FOR RECONSIDERATION
REDUCTION OF SENTENCE

Comes now, ANTHONY N. JACKSON, pro se, who respectfully submits in this Honorable Court, the above captioned motion for the following reasons:

1. Consistent with Movant's § 2255 motion, trial Counsel was ineffective for failing to request a sentence reduction, or for Movant's federal and state prison sentence terms be served concurrently at Movant's behest, and said motion should be entertained nunc pro tunc.

2. United States v. Gunter, 527 F.3d 282 (3d Cir, 2008); United States v. Williams, 46 F.3d 57 (10th Cir. 1995) holds:

> "(t)he plain meaning of § 3584 (a) is that multiple terms of imprisonment at different times will normally run consecutively, unless the district court affirmatively orders that the terms be served concurrently."

AND NOW, THIS 11 DAY OF March 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

Movant is requesting this Court to affirmatively order that Movant's federal and state prison terms be served concurrently based on the fact that Detective Kavals tenuous identification of Movant tossing firearms out of the window of the Everton home blinks reality. Common sense dictate that Kavals could not positively identified the very dark hued Movant on a nigrescent night throwing two (2) pistols out of said window

(1)