IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATE OF AMERICA

v.

ANTHONY N. JACKSON

Case No. 04-327
GP-4443

FILED

MAR 11 2009

CLERK U.S. DISTRICT COURT
W. DIST. OF PENNSYLVANIA

MOTION AND REQUEST FOR CONCURRENT SENTENCE

Comes Now, ANTHONY N. JACKSON, who respectfully submits in this Honorable Court, the above captioned motion for the following reasons:

1. On or about June 27, 2004, the Movant was charged and later convicted of (robbery, dismissed aggravated assault,) et al., charges and later given a 3-to-6 year prison sentence. (for a firearm)

2. On or about June 29, the Movant was convicted of being in possession of two firearms as a convicted felon in violation of 18 U.S.C. § 922.(g)(1).

3. The Movant was given a federal prison sentence that exceeded his state prion sentence, and in the interest of justice, Movant is requesting that his sentences to be merged and run concurrent.

4. The Movant is relying on 18 U.S.C § 3584 (a), as quoted below:

> Multiple sentence of imprisonment. "(a) imposition of concurrent or consecutive terms.--If multiple terms of imprisonment are imposed on a a defendant at the same time, or if a term of imprisonment is imposed on a defendant who is already subject to an undischarged term of imprisonment, the term may run concurrently or consecutively, except that the term may not run consecutive for an attempt and for another offense that was the sole objective of the attempt. Multiple terms of imprisonment imposed at different times run consecutively unless the court orders that the terms are to run concurrently."

AND NOW, THIS 14th DAY OF March 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE