AND NOW, THIS 13th DAY OF Oct 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY N. JACKSON ) | |
| ) | |
| v. ) | 2:04-cr-00327-GLL-1 |
| ) | |
| UNITED STATES OF ) | |
| AMERICA ) | |

**A MOTION TO REQUEST A NUNC PRO TUNC DESIGNATION OF A SENTENCE IMPOSED IN THIS COURT.**

The above referenced individual is currently confined at Federal Correctional Institution Loretto in service of a 180 month sentence imposed in your court on November 3, 2006. He now requests a nunc pro tunc designation, pursuant to the decision in **Barden v. Keohane**, 921 F.2d 476 (3rd Cir. 1990), to allow his federal sentence to run concurrent to his Pennsylvania state sentence.

Records indicate that Mr. Jackson entered custody on June 29, 2004, in Allegheny County Court of Common Pleas in regards to two (2) terms of 3-6 years, to be served concurrently, for two counts of Possession of Drugs with Intent to Distribute, and Possession of a Firearm. Mr. Jackson was committed to custody and began service of his sentence on the same date.

On December 22, 2004, Mr. Jackson was indicted by a Federal Grand Jury on one count of 18 U.S.C. §922(g), Unlawful Possession of a

1